# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 17, 2006

Before

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

MALINEE YINDEE,
 *Plaintiff-Appellant,*

**No.** 05-3069   **v.**

CCH INCORPORATED,
 *Defendant-Appellee.*

Appeal from the United States
District Court for the
Northern District of Illinois,
Eastern Division.

No. 04 C 730
Charles P. Kocoras, *Judge.*

**Order**

The opinion of this court issued on August 11, 2006, is amended as follows:

Page 5, second paragraph, the last sentence should be changed to read, "Tennant concluded that Yindee had misunderstood either the software or the manual and had failed to demonstrate problem-solving skills essential to her job. He recommended that she be dismissed, which CCH soon did."